PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street
Sacramento, CA 95814
Telephone: (916) 554-2729

Attorneys for Plaintiff
United States of America

**FILED**
Feb 17, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DAWID TOMASZ WOŹNIAK | CASE NO. 2:22-mj-0028 KJN<br><br>**SEALING ORDER**<br><br>**FILED UNDER SEAL** |

Upon application of Jessica A. Massey, Assistant United States Attorney for the Eastern District of California, appearing on behalf of the United States in fulfilling its treaty obligation to Poland:

It is hereby ORDERED that the complaint and all other documents in this matter be sealed until further Order of the Court, except that the United States Government may disclose the existence and/or contents of the complaint, any supporting documents and docket entries, and the Arrest Warrant, to appropriate law enforcement or other personnel, both in the United States and internationally, to the extent that such disclosure is in furtherance of efforts to obtain custody of or detain the fugitive.

It is hereby FURTHER ORDERED that the Clerk's office shall not make any entry on the public docket in this case of the complaint, any supporting documents, the Arrest Warrant, the Motion to Seal, and this Order until further order of the Court.

///

///

///

It is FURTHER ORDERED that the complaint, any supporting documents and docket entries, the Arrest Warrant, the underlying Motion to Seal, and this Order may be unsealed upon oral motion of the Government to this Court or to any Court where the fugitive is first presented.

Dated:  02/17/22February 17, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE