Joseph Abrams, CA State Bar No. 190485
Law Office of Joseph Abrams
2400 E. Katella Avenue, Suite 800
Anaheim, CA 92806
(714) 883-9822
Attorney for Defendant DAWID TOMASZ WOZNIAK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>DAWID TOMASZ WOZNIAK,<br><br>       Defendant | Case No.: 2:22-mj-00028-KJN-1<br><br>*EX* PARTE APPLICATION TO EXCEED PAGE LIMIT OF NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF BAIL |

**TO THE HONORABLE KENDALL J. NEWMAN, UNITED STATES MAGISTRATE JUDGE; AND THE UNITED STATES ATTORNEY'S OFFICE AND ITS ATTORNEY OF RECORD, ASSISTANT UNITED STATES ATTORNEY AUDREY BENISON HEMESATH:**

   Defendant DAWID TOMASZ WOZNIAK, by and through his counsel of record, Joseph Abrams, hereby applies to this Court for an Order authorizing the defendant's Notice of Motion and Motion for Reconsideration of Bail to exceed the prescribed page limit.

DATED: March 31, 2022                 */s/ Joseph Abrams*
                                       Joseph Abrams
                                       Attorneys for Defendant

~ 1 ~

*EX PARTE* APPLICATION TO EXCEED PAGE LIMIT OF NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF BAIL

## MEMORANDUM OF POINTS AND AUTHORITES

Pursuant to Local Rule 429 (Bail Review Procedures), a Notice of Motion and Motion for Reconsideration of Bail shall not exceed five pages unless authorized by the Court.

On February 17, 2022, the government filed its Memorandum of Extradition Law and Request for Detention Pending Extradition Proceedings. Prior counsel failed to file any response to the government's memorandum.

On February 22, 2022, citing only the government's unopposed memorandum, the Honorable Carolyn K. Delaney, United States Magistrate Judge, issued the Court's *Order of Detention Pending Trial* and ordered the defendant, Dawid Tomasz Wozniak, detained pending further extraditions proceedings.

Mr. Wozniak's newly retained counsel intends to file a Notice of Motion and Motion to Reconsider Bail. This represents Mr. Wozniak's *first* opportunity and effort to oppose the government's request for detention. The motion will include only new facts and circumstances that were not shown or presented to the Court when it previously considered the government's request for detention.

Counsel has made every effort to limit the motion to only the most essential facts and circumstances necessary for the Court to make a determination as to bail in this case. However, because this is Mr. Wozniak's first request for bail, the page limitation does not allow Mr. Wozniak to make a full and vigorous mitigation argument to the Court.

Counsel anticipates that the entire pleading will not exceed 10 pages, excluding any attached exhibits.

**Good cause appearing, it is hereby ORDERED that:**

The defendant's Notice of Motion and Motion for Reconsideration of Bail is authorized to exceed the 5-page limit required under Local Rule 429, but shall not exceed 10 pages, excluding any attached exhibits.

Dated:  March 31, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

~ 2

*EX PARTE* APPLICATION TO EXCEED PAGE LIMIT OF NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF BAIL