# EXHIBIT A

**(To Defendant's Notice of Motion and Motion for Reconsideration of Bail)**

*In The Matter Of The Extradition Of Dawid Tomasz Wozniak To The Republic Of Poland*

**2:22-mj-00028-KNJ-1**

# Thomas Downey High School

## Modesto, California



This Certifies that **Dawid Wozniak** has completed a Course of Study prescribed by the State of California and Modesto City Schools Board of Trustees and in testimony thereof is awarded this Diploma of Graduation

Given this 3rd day of June, 2010



*Kimberly Spina*
President, Board of Education

*Arturo M. Flores*
Superintendent

*Mike Hinders*
Principal

# ITT TECHNICAL INSTITUTE

Certifies that

## DAWID TOMASZ WOZNIAK

has successfully completed the prescribed program of

## COMPUTER ELECTRONICS AND ENGINEERING TECHNOLOGY

and, based on the recommendation of the faculty, is awarded this

## ASSOCIATE OF SCIENCE DEGREE

Given at Lathrop, California, this 9th day of December, 2012.

_____  
Dean

_____  
Director

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF CITIZENSHIP



No. A2592659

CIS Registration No. A55923983

· ORIGINAL ·

Personal description of holder as of date of issuance of this certificate; Sex **MALE** ; date of birth **May 13, 1991** ; country of birth **POLAND** ; complexion *******; color of eyes ********; color of hair ******; height **5** feet **10** inches; weight *** pounds; visible distinctive marks **None**.

Marital status **SINGLE**

I certify that the description above given is true, and that the photograph affixed hereto is a likeness of me

*David Tomasz Wozniak*
(Complete and true signature of holder)



Seal

Be it known that **DAWID TOMASZ WOZNIAK** now residing at **420 E. ROSEBURG AVE, MODESTO, CA 95350** having applied to the Director of U.S. Citizenship and Immigration Services for a certificate of citizenship pursuant to Section 341 of the Immigration and Nationality Act, having proved to the satisfaction of the Director, that (s)he is now a citizen of the United States of America, became a citizen thereof on **January 9, 2008** and is now in the United States:

Now Therefore, in pursuance of the authority contained in Section 341 of the Immigration and Nationality Act, this certificate of citizenship is issued this **TWENTY NINTH** day of **AUGUST** **TWO THOUSAND AND EIGHT** , and the seal of the Department of Homeland Security affixed pursuant to statute.

IT IS PUNISHABLE BY U. S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.



Director, U.S. Citizenship and Immigration Services

## DEPARTMENT OF HOMELAND SECURITY

FORM N-560 (REV. 04/06)   BUREAU OF ENGRAVING AND PRINTING

Aviation Maintenance Technician

# Graduation Certificate

This is to certify that

## Dawid T. Wozniak

has graduated from the Federal Aviation Administration approved Part 147 curriculum given by Sacramento City College under the terms of Air Agency Certificate No. BI9T035R and has qualified to take the examination for the ratings listed



Given under my hand and seal

this 20th day of May, 2015

I certify the above statements are true.

Lawrence F. Johnson
Aviation Maintenance Department

Rating:   General, Powerplant, Airframe

3835 Freeport Blvd.
Sacramento, CA 95822

# UNITED STATES OF AMERICA

**DEPARTMENT OF TRANSPORTATION · FEDERAL AVIATION ADMINISTRATION**



**IV NAME**
DAWID TOMASZ WOZNIAK

**V ADDRESS** 8921 LAGUNA STAR DR

**VI NATIONALITY** USA    **SEX** M    **HEIGHT** 70    **WEIGHT** 190    **HAIR** BROWN    **EYES** GREEN

**IVa D.O.B.** 13 MAY 1991

**IX** HAS BEEN FOUND TO BE PROPERLY QUALIFIED TO EXERCISE THE PRIVILEGES OF

**II** MECHANIC
**III** CERTIFICATE NUMBER 3825637
**X** DATE OF ISSUE 21 AUG 2015


