# EXHIBIT B

**(To Defendant's Notice of Motion and Motion for Reconsideration of Bail)**

*In The Matter Of The Extradition Of Dawid Tomasz Wozniak To The Republic Of Poland*

**2:229-mj-00028-KNJ-1**







