# EXHIBIT C

**(To Defendant's Notice of Motion and Motion for Reconsideration of Bail)**

*In The Matter Of The Extradition Of Dawid Tomasz Wozniak To The Republic Of Poland*

**2:22-mj-00028-KNJ-1**

March 22, 2022

Matthew Broers
2825 Toronja Way
Sacramento, CA 95833

To Whom This May Concern,

My name is Matthew Broers and proud to offer my recommendation of Dawid Wozniak to whom I have personally known for 14 years as my friend and colleague. It is a genuine honor to write this letter in favor of Dawid.

During my relationship with Dawid, I have experienced an individual who shows up earlier than asked, works hard, and carries themselves in a polite, respectable manner. In addition, Dawid is a person who has always presented themselves with levelheadedness and maturity. We have worked at 3 different companies together and I never hesitated to give my recommendation. We have not only worked together but attended school with each other and started our families at the same time. He is a proud father of a son and dedicated husband. He started his own business and I have been able to watch him give back to others through his time and knowledge. Dawid is an integral part of his family and community.

It is my hope that you take note of my letter of recommendation and trust when I say he is a man of excellent character. He has taught me a lot in my career and personal life. He is a great mechanic, and a great friend. Please do not hesitate to contact me if you should require any further information.

Best,

Matt Broers
CAL FIRE Maintenance Lead
209.602.4777
mattbroers@gmail.com

From:  Jesse Potswald
5509 Price Ave.
McClellan CA, 95652
(916) 849-7635

Date: 03-23-2022

To:
Sentencing Magistrate
Wozniak Family
Friends of the court.

Subject: Alleged charges of Dawid Tomasz Wozniak

I am writing this letter on behalf of Dawid Wozniak. I want to bring to your light the kind of person I've known him to be in the years that we've worked together. Dawid and I have shared a close working relationship for approximately 10 years here at Cal Fire Aviation and Forestry Department. I have worked with and supervised Dawid on many projects over the years and found him to be a reliable and hard worker with many unique talents, good attitude and an asset to the work that we do. He has always maintained a level of professionalism and courtesy to everyone he worked with and was always quick to step in and help if needed.

Outside of work he is known to many as a very talented performance vehicle mechanic and business owner in addition to being a hard-working husband and father. He has always helped friends and colleagues with vehicle problems, troubleshooting tips or performance suggestions. He has worked on mine and my family member's vehicles and has come to be a trusted source of honest professional advice and workmanship which is increasingly more difficult to find these days. His biggest known fault in my opinion was not saying no to people that asked for his help.

Although I am not fully aware of the charges against him or the consequences he is facing, I feel that he has proven himself to my colleagues and me to be a devoted husband, a proud father, a successful small business owner, and gracious citizen in the life he has made here. I don't claim to know the situation he may have been involved in or the circumstances surrounding it, but I know he has never portrayed himself in a negative or aggressive way in my presence. I have always known Dawid to be a very talented young man driven by success, family and always rejected failure.

I really hope this letter corresponding to Dawid and his case has a positive effect during any court's decision.

Please don't hesitate to contact me further is you have any more questions regarding Dawid.

Respectfully,

**Jesse Potswald**
**Chief Quality Control Inspector**
**CAL FIRE Aviation**
**Fixed Wing Airtanker Program**
5509 Price Avenue
McClellan, Ca 95652
Phone: (916) 849-7635
Jesse.Potswald@fire.ca.gov
Jesse.potswald@gmail.com
Personal Cell: 916-337-7445

Greg Gancarz

9971 Prairie Dunes Way

Sacramento, CA 95829

March 18, 2022

To Whom It May Concern,

I am writing this letting on behalf of Dawid Wozniak. Dawid and I share a close friendship of over 10 years. We met while I was servicing the airport that he was working at. Over time we would bump into each other during work and would engage in conversations and found we had many shared interests. After a short while, we started to spend time together and quickly became friends.

The more time we spent together, the closer we became good friends and I found him to be someone I could trust. He is honest, hardworking and a very devoted family man. You should hear happy he is when he talks about his family and being a dad. I can tell in his voice how much he loves his wife and son. I remember him telling me on when he first saw his son, he told me that it was like winning the lottery but much better. This is a person who puts his family and friends before himself and is one of the most unselfish people I have ever met. I was even blessed in being asked to be the Godfather for his son. Over the years, I have always seen him do the right thing even if he could do the later and benefit on it. His morals are what I value the most and find him to always be a man of his word.

I have so much respect for all that Dawid has done with his life since he came to the US. He was able to learn the language and went to high school. When he decided to go into aviation, he spent years studying and passing all his classes and exams was able to obtain his A&P license. He was able to get a job at Calfire and has a reputation as a very hard worker who puts out quality work.

I find Dawid and I to be a lot alike as we both work in the aviation industry and share a love of restoring and working on cars. We would work on cars together whenever we had free time and after a while decided to lease some garage space. The countless hours and late nights we spent together working at the garage is one of my favorite things to do. I can always count on having a good time with him.

Dawid and I are also of the same religious background and nationality. We are both Polish Roman Catholic and come from very similar upbringings. I feel we have an even stronger bond because we both

speak Polish and find so much in common when reminiscing about being in Poland. I believe this kinship is one of the things that drew us to each other from the very beginning.

It is my sincere wish this letter is taken into consideration. This letter is written from my heart and how much I value Dawid as my friend and even a brother. I believe him to be an honorable person and a good human being. I respectfully ask for your compassion during this process. Please feel free to contact me at any time.

Sincerely,

Greg Gancarz

916-719-9380



**Greg Gancarz**
MANAGER MATHER SATELLITE

10440 Truemper Way
Suite C
Mather, CA 95655

+1 916.231.0943 | Business
+1 916.719.9380 | Cell Phone
+1 916.231.0945 | Fax
800.228.4277 | Toll Free

Greg.Gancarz@DuncanAviation.com

Eileen Hue

9971 Prairie Dunes Way

Sacramento, CA 95829

March 22, 2022

To Whom It May Concern,

My husband is a good friend of Dawid and I have known him for 10 years. He has been to our home countless time and I have also been around him for many social engagements. He has always been pleasant around me and very considerate of others in his presence. What impressed me most is how much of a family man he is. He talks highly about his wife, father and especially his son.

I have the upmost respect for how far he has come and how successful he has been in his life. He came to this county with a understanding of how hard work can pay off. His goal was to study hard and get a good job and grow from there into a successful career. Never did he take for granted the benefits of being in the US and instead took an advantage of his opportunities.

I consider Dawid as my friend and would not hesitate to call on him if I needed help. I know he would be there for me, whether financially or anyway he can to alleviate my issues. I have always known him to be a man of integrity and was always good on his word. He always strived to be a good person and I can see he was always trying to mold his son to grow up to be a upstanding and loving person.

Please feel free to contact me if you have any questions.

Sincerely,

*Eileen Hue*

Eileen Hue

**Arvin Guico**
9678 Dublin bay Ct
Elk Grove, Ca 95624

21 March 2022

Your Honor,

My name is Arvin Guico. I have known Dawid Wozniak for almost ten years. I consider him a good friend and mentor. A skilled mechanic in both the Automotive and Aviation fields. Dawid is also a dedicated family man and thinks the world of his son.

Dawid and I worked together supporting the CALFIRE Firefighting aircraft program. He has proven to be an asset to whatever project or crew he has worked with. His reputation as an automotive mechanic has brought a long list of clientele. Dawid's auto shop has served his community well. I've always been impressed with his skill set. In addition to these qualities I've seen the compassionate side of Dawid. On one occasion he saw a man rummaging through a garbage bin. Dawid approached him and learned he was homeless and had a " Checkered " past. With his help this individual turned his life around.

After work Dawid would go home and spend time with his family, then attend to his shop. Quality time with Monika and Kasper was very important for Dawid, he would at times share pictures of his son's activities and upbringing.

I'd like to think that with this letter, that you could see that Mr. Wozniak is a man of good character and integrity. He has taught me many lessons in mechanics and is a close friend, feel free to contact me.

Sincerely,

Arvin M. Guico

916.952.0994

arvdaugii@hotmail.com

Ashwin Chandra

8924 Laguna Star Drive

Elk Grove, CA 95758

(916) 475-6477


March 16, 2022

Re: Dawid Wozniak character letter


I am writing this letter to characterize my close friendship with Dawid Wozniak. I have been close friends with Dawid for over eleven years. I originally met Dawid and his family (wife and father) when they moved to Elk Grove and they had lived across from my residence. We instantly connected as Dawid and I share similar interests in our hobbies of doing projects and car related repairs. I remember spending most of our times working together on projects all throughout the week. From the time I have met Dawid, we have spent time together on a weekly-basis until present.

If I would describe Dawid's personality, I would describe him as a responsible, friendly, courteous, understanding, hardworking and dependable person. From the time I have known Dawid, without any doubt, the best moments in his life so far is his family, especially when his son was born. There are moments that I have captured of his unforgettable smile when he talks about his son's daily activities. He always takes the time to put his family first and especially spending time with his son. He strives to be the best dad as he constantly makes time to spend time with his family. Dawid is a great son, husband, father

It is my sincere hope that this letter would be taken into consideration of Dawid Wozniak being an honorable individual and a great friend. Thank you for your consideration.


Sincerly,

*Ashwin S. Chandra*

Ashwin Chandra