1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D

**(To Defendant's Notice of Motion and Motion for Reconsideration of Bail)**

*In The Matter Of The Extradition Of Dawid Tomasz Wozniak To The Republic Of Poland*

**2:229-mj-00028-KNJ-1**

Monika Wozniak
10340 Machico Way
Elk Grove, CA 95757
02.27.2022

To the Honorable Judge,

Just a few days ago, Dawid told me that the best thing in his life was that he met me and we have a son together. We have spent almost ten years together since our wedding. A few days ago, we were a happy family. We were planning the future, we talked about increasing the family. Today, my heart is breaking, and I feel extreme fear for our future. I am afraid for our baby; I am afraid for my husband. I am afraid that this happiness will not come back to us anymore.

We have been together for many years; we have been through a lot together and everything that happened to us made us appreciate and love each other even more. I am proud and thankful to Dawid that he is hard working, a loving husband, a great father, and a caring person who has never let me down.

Dawid has always worked hard since I met him, he always said that if you want to achieve something in your life, you have to work for it. He tried his best to get an education, so that he would be able to get a good job. If he had a hard time, he never let go, he just tried even harder. He gave me many reasons to be proud of him. Starting almost from scratch, he has come this far. My husband is a motivation for me to always try to be better. He wants to lead a good and happy life, this desire comes from his heart.

Our son, Kacper, was born over two years ago. He is our whole world. I took care of my son, and my husband worked to provide for our family. Kacper has a lot of severe food allergies, has had severe eczema and has atopic dermatitis. That's why we decided that I would take care of him and my husband would work and when our son gets older, I will also go to work.

On February 22, our life was in ruins. I cannot cope with this situation. I am worried that Dawid will break down, that we have lost everything we have achieved so far, a loving family, a family we built together. I am worried about my little son who needs his dad so badly. He is constantly looking for him,

crying for him. He wakes up crying at night and cries out for Dad all the time. I try to be brave but my heart is bleeding. I see that he is experiencing a lot of what is happening.

When he is standing outside the door waiting for Dad, it's hard for me to hold back my tears. Dawid did everything to make us happy, Kacper, our little son, is the apple of his eye. Kacper has never seen his dad yell at him, be drunk, or behave badly, I also never experienced this because Dawid never acted out. Dawid's parents divorced when he was a child, so he made every effort to ensure that our son would grow up as a full and loving family.

For the last several days, Dawid has not been able to show up at work. He is an airplane mechanic. I remember how happy he was when he was hired there. He worked hard for it, went to school for several years and worked full-time job at the same time. He managed to persevere and achieve the goal he set himself. Our son has been looking for planes in the sky from an early age, because he knows that dad fixes them. Today, I am worried that the money will run out soon because he cannot work. I am afraid he will lose everything he has worked so hard for. I am afraid that the bills will be higher and higher and we will have financial problems. I am completely devastated. Now our child has only one parent with him, his scared mother.

Your Honor, I am asking you, give my husband a chance, I am asking you, as a mother, that our family could be together again. I love Dawid with all my heart, I know that he is a good man because he has proved it to my many times over the years. I would like my son to smile again at the sight of his dad. Dawid has worked hard for many years, he always believes that it is worth becoming better, he has always believed in everyone and motivated everyone. He was always ready to help if anyone needed it. He lived a good life away from problems, focusing on the family. When he loses it all, he will be devastated.

Sincerely,
Monika Wozniak