# EXHIBIT E

**(To Defendant's Notice of Motion and Motion for Reconsideration of Bail)**

*In The Matter Of The Extradition Of Dawid Tomasz Wozniak To The Republic Of Poland*

**2:229-mj-00028-KNJ-1**

# CAL FIRE

## EXTRA MILE AWARD

*In recognition of having gone the "Extra Mile"*

This award is presented to:

### Dawid Wozniak

For your time, service and dedication performing duties in support of the
CAL FIRE Aviation Management Unit.

**Marty Buno**
*Aviation Officer III (M)*
*Chief of Maintenance*

Awarded on **May 20th, 2016**

