Joseph Abrams, CA State Bar No. 190485
Law Office of Joseph Abrams
2400 E. Katella Avenue, Suite 800
Anaheim, CA 92806
(714) 883-9822
Attorney for Defendant DAWID TOMASZ WOZNIAK

THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF DAWID TOMASZ WOZNIAK TO THE REPUBLIC OF POLAND | Case No.: 2:22-mj-00028-KJN-1 <br><br> NOTICE OF REQUEST TO SEAL DOCUMENTS |
|---|---|

Defendant DAWID TOMASZ WOZNIAK, by and through his counsel of record, Joseph Abrams, hereby files this Notice to request that Mr. Wozniak's motion for reconsideration of bail and attached exhibits be sealed. The basis for sealing the documents is to protect individuals' private information. See Local Rule 149(a)(i), (iv).

The "Request to Seal Documents," the proposed order, and all documents covered by the Request have been e-mailed to Magistrate Judge Kendall J. Newman's proposed orders e-mail box. These same documents were also served on government counsel via email.

Dated: April 8, 2022

/s/ Joseph Abrams
Joseph Abrams
Attorney for Defendant

~ 1 ~
NOTICE OF REQUEST TO SEAL DOCUMENTS

## CERTIFICATE OF SERVICE

I, JOSEPH ABRAMS, declare:

That I am a citizen of the United States and resident of or employed in Orange County, California; that my business address is Law Office of Joseph Abrams, 2800 E. Katella Avenue, Suite 800, Anaheim, California 92806; that I am over the age of eighteen years; and I am not a party to the above-entitled action.

That I am an attorney and member of the bar of the State of California and of the United States District Court for the Eastern District of California, and that on this date, I served a true and correct copy of the attached **NOTICE OF REQUEST TO SEAL DOCUMENTS** by electronically filing same with the Clerk of the District Court using it's CM/ECF system, which electronically notifies counsel for that party as follows:

**Audrey B. Hemesath**
**Assistant United States Attorney**

This Certificate is executed on this date at Anaheim, California. I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: April 8, 2022                    /s/ *Joseph Abrams*
                                        Joseph Abrams
                                        Attorney for Defendant

~ 2 ~
NOTICE OF REQUEST TO SEAL DOCUMENTS