Joseph Abrams, CA State Bar No. 190485
Law Office of Joseph Abrams
2400 E. Katella Avenue, Suite 800
Anaheim, CA 92806
(714) 883-9822
Attorney for Defendant DAWID TOMASZ WOZNIAK

THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DAWID TOMASZ WOZNIAK TO THE REPUBLIC OF POLAND | Case No.: 2:22-mj-00028-KJN-1<br><br>**ORDER SEALING DOCUMENTS** |

**Good cause appearing, it is hereby ORDERED that:**

The request to seal the document entitled "Notice of Motion and Motion for Reconsideration of Bail" and the attachments entitled "Exhibit A," "Exhibit B," "Exhibit C," "Exhibit D," and "Exhibit E" is **TEMPORARILY GRANTED until the hearing on this matter**.

Dated: April 11, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE